| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cox, Susan E. | 2. Court or Organization<br><br>US District Court | 3. Date of Report<br><br>08/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge -Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Ave.<br>Room 1334<br>Chicago, IL 60604 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Baxalta Incorporated - Salary & Bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on Rental Property #1 - Bloomingdale, MI | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. Chase Bank | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 4. US Employees Credit Union Account | A | Interest | K | T | | | | | |
| 5. Baxter International - Exercisable Stock Options | | None | P1 | T | | | | | |
| 6. Baxter International - Unvested Stock Options | | None | | | Closed | 10/09/17 | J | D | |
| 7. Baxter Int'l Common Stock | C | Dividend | M | T | | | | | |
| 8. Shire PLC - Exercisable Stock Options | | None | N | T | | | | | |
| 9. Shire PLC - Unvested Stock Options | | None | K | T | | | | | |
| 10. Shire PLC - Common Stock | A | Dividend | M | T | | | | | |
| 11. Edward Lifesciences Common | | None | K | T | | | | | |
| 12. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 13. Rental Property #1 -Bloomingdale, MI. Paid $217,000 11/25/09. Owns 50% | A | Rent | M | R | | | | | |
| 14. SHIRE PLC (Formerly Baxalta, Inc.) 401K PLAN | | | | | | | | | |
| 15. Stable Income Fund | C | Dividend | | | Sold | 12/31/17 | M | E | |
| 16. S&P 500 Equity Index Fund | C | Dividend | | | Sold | 12/31/17 | M | E | |
| 17. International EAFE Equity Index Fund | B | Dividend | | | Sold | 12/31/17 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Target Retirement Fund | C | Dividend | | | Sold | 12/31/17 | M | F | |
| 19. Small Cap Fund | A | Dividend | | | Sold | 12/31/17 | L | E | |
| 20. Baxter Int'l Common Stock | B | Dividend | | | Sold | 12/31/17 | L | E | |
| 21. Shire PLC Common Stock | A | Dividend | K | T | | | | | |
| 22. FIAM Target Date 2030 Fund | C | Int./Div. | O | T | Buy | 12/31/17 | O | | |
| 23. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 24. Amazon.com | | None | K | T | Buy (add'l) | 06/23/17 | J | | |
| 25. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 26. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 27. Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 28. Fidelity Short Term Bond Fund | A | Interest | J | T | Sold (part) | 11/21/17 | J | A | |
| 29. Fidelity Utilities ETF | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 30. General Motors Corp | B | Dividend | K | T | | | | | |
| 31. Kohlberg Kravis Roberts | A | Dividend | | | Sold | 06/22/17 | J | A | |
| 32. Las Vegas Sands Corp | A | Dividend | K | T | | | | | |
| 33. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 34. Oakmark International | B | Dividend | | | Sold | 06/22/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  S&P 500 Calls - 08/18/17 | | None | | | Open | 06/22/17 | J | | |
| 36. | | | | | Closed | 08/17/17 | J | A | |
| 37.  S&P 500 Calls - 10/20/17 | | None | | | Open | 08/22/17 | J | | |
| 38. | | | | | Closed | 10/20/17 | J | A | |
| 39.  S&P 500 Calls - 11/17/17 | | None | | | Open | 10/25/17 | J | | |
| 40. | | | | | Closed | 11/17/17 | J | A | |
| 41.  QQQ Calls - 08/18/17 | | None | | | Open | 06/22/17 | J | | |
| 42. | | | | | Closed | 08/17/17 | J | A | |
| 43.  QQQ Calls - 10/20/17 | | None | | | Open | 08/22/17 | J | | |
| 44. | | | | | Closed | 10/20/17 | J | B | |
| 45.  QQQ Calls - 11/17/17 | | None | | | Open | 10/25/17 | J | | |
| 46. | | | | | Closed | 11/17/17 | J | A | |
| 47.  Powershares QQQ ETF | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 48. | | | | | Sold | 10/20/17 | K | B | |
| 49. | | | | | Buy | 10/24/17 | K | | |
| 50. | | | | | Sold | 11/17/17 | K | A | |
| 51. | | | | | Buy | 11/21/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Robotics & Automation ETF | A | Dividend | J | T | Buy | 06/23/17 | J | | |
| 53. S&P 500 Calls - 08/18/17 | | None | | | Open | 06/22/17 | J | | |
| 54. | | | | | Closed | 08/17/17 | J | A | |
| 55. S&P 500 Calls - 10/20/17 | | None | | | Open | 08/22/17 | J | | |
| 56. | | | | | Closed | 10/20/17 | J | A | |
| 57. S&P 500 Calls - 11/17/17 | | None | | | Open | 10/25/17 | J | | |
| 58. | | | | | Closed | 11/17/17 | J | A | |
| 59. S&P 500 ETF | A | Dividend | L | T | Sold | 10/20/17 | K | D | |
| 60. | | | | | Buy | 10/24/17 | L | | |
| 61. | | | | | Sold | 11/17/17 | K | A | |
| 62. | | | | | Buy | 11/21/17 | L | | |
| 63. Starbucks | A | Dividend | K | T | | | | | |
| 64. Symantec Corp | A | Dividend | | | Sold | 06/22/17 | K | D | |
| 65. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 66. Alphabet | | None | K | T | | | | | |
| 67. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 68. Berwyn Income | A | Int./Div. | | | Sold | 11/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Boeing Bond 8.75% 8-15-21 | A | Interest | J | T | | | | | |
| 70. Fidelity Floating Rate High Income | A | Interest | J | T | Sold (part) | 10/18/17 | J | A | |
| 71. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 72. Fidelity New Markets Income | A | Int./Div. | J | T | | | | | |
| 73. Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 74. Fidelity Utilities ETF | A | Dividend | J | T | Sold (part) | 06/23/17 | J | A | |
| 75. Ishares S&P US Preferred Stock Index | A | Dividend | | | Sold | 11/28/17 | J | A | |
| 76. Ishares Treasury Inflation Protected | A | Interest | K | T | Sold (part) | 07/25/17 | J | A | |
| 77. Keycorp Note 2.9% 9-15-20 | A | Interest | J | T | | | | | |
| 78. Mainstay High Yield Muni Bond | B | Interest | | | Sold (part) | 07/25/17 | J | A | |
| 79. | | | | | Sold | 11/28/17 | J | A | |
| 80. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 81. S&P 500 Calls - 2/17/17 | | None | | | Open | 01/04/17 | J | | |
| 82. | | | | | Closed | 02/15/17 | J | | |
| 83. S&P 500 Calls - 4/21/17 | | None | | | Open | 02/21/17 | J | | |
| 84. | | | | | Closed | 04/21/17 | J | A | |
| 85. S&P 500 Calls - 6/16/17 | | None | | | Open | 04/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Closed | 06/15/17 | J | | |
| 87. S&P 500 Calls - 8/18/17 | | None | | | Open | 06/22/17 | J | | |
| 88. | | | | | Closed | 08/17/17 | J | A | |
| 89. S&P 500 Calls - 10/20/17 | | None | | | Open | 08/22/17 | J | | |
| 90. | | | | | Closed | 10/20/17 | J | A | |
| 91. S&P 500 Calls - 11/17/17 | | None | | | Open | 10/25/17 | J | | |
| 92. | | | | | Closed | 11/17/17 | J | A | |
| 93. S&P 500 ETF | A | Dividend | L | T | Sold | 10/20/17 | K | C | |
| 94. | | | | | Buy | 10/24/17 | L | | |
| 95. | | | | | Sold | 11/17/17 | L | A | |
| 96. | | | | | Buy | 11/21/17 | L | | |
| 97. SPDR Gold Trust | | None | J | T | Sold (part) | 07/25/17 | J | A | |
| 98. Target Corp | A | Dividend | J | T | | | | | |
| 99. Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 100. Vanguard Wellesley Income | A | Int./Div. | K | T | | | | | |
| 101. Wells Fargo Bond 2.55% 12-7-20 | A | Interest | J | T | | | | | |
| 102. Wells Fargo Bond 3% 1-22-21 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 104.  Apple Inc. | A | Dividend | J | T | Sold (part) | 08/24/17 | J | C | |
| 105.  Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 106.  Fidelity Capital & Income | A | Int./Div. | J | T | Buy | 09/01/17 | J | | |
| 107.  Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 108.  Fidelity Conservative Income | A | Int./Div. | J | T | Buy | 09/01/17 | J | | |
| 109.  Fidelity High Income | A | Int./Div. | J | T | | | | | |
| 110.  Fidelity Select Healthcare | A | Dividend | J | T | | | | | |
| 111.  Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 112.  Fidelity Utilities ETF | A | Dividend | J | T | | | | | |
| 113.  S&P Midcap 400 | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 114.  Vanguard Wellesley Income | A | Int./Div. | J | T | | | | | |
| 115.  BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 116.  Apple Inc. | A | Dividend | J | T | Sold (part) | 08/24/17 | J | C | |
| 117.  Fidelity Blue Chip Growth | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 118.  Fidelity Capital & Income | A | Int./Div. | J | T | Buy | 09/01/17 | J | | |
| 119.  Fidelity Cash Fund | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Conservative Income | A | Int./Div. | J | T | Buy | 09/01/17 | J | | |
| 121. Fidelity High Income Fund | A | Int./Div. | J | T | | | | | |
| 122. Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 123. Fidelity Utilities ETF | A | Dividend | J | T | | | | | |
| 124. Mainstay High Yield Muni | A | Interest | J | T | | | | | |
| 125. S&P Midcap 400 | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 126. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 127. Alphabet | | None | K | T | | | | | |
| 128. Amazon.com | | None | K | T | | | | | |
| 129. Amgen Inc | A | Dividend | J | T | | | | | |
| 130. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 131. Facebook | | None | K | T | | | | | |
| 132. FedEx Corp | A | Dividend | J | T | | | | | |
| 133. FedEx Corp 8% 1/19 Bond | B | Interest | K | T | | | | | |
| 134. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 135. Fidelity Large Cap Growth | A | Dividend | | | Sold | 12/19/17 | J | B | |
| 136. Fidelity New Markets Income | A | Int./Div. | J | T | Buy | 12/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Fidelity Short Term Bond | A | Interest | | | Sold | 12/14/17 | K | A | |
| 138. Fidelity Spartan 500 Index Inv | A | Dividend | | | Sold (part) | 06/23/17 | J | B | |
| 139. | | | | | Sold | 12/14/17 | J | C | |
| 140. Fidelity Total Emerging Markets | A | Dividend | | | Buy | 06/23/17 | K | | |
| 141. | | | | | Sold | 12/19/17 | K | B | |
| 142. Fidelity Utilities ETF | A | Dividend | J | T | | | | | |
| 143. Ford Motor Co | A | Dividend | J | T | | | | | |
| 144. Ishares S&P US Preferred Stock | A | Dividend | | | Sold | 06/23/17 | J | A | |
| 145. Oakmark International | A | Dividend | K | T | Buy | 06/23/17 | K | | |
| 146. Powershares QQQ Trust | A | Dividend | J | T | Sold (part) | 06/23/17 | K | D | |
| 147. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 148. Purefunds Cyber Security ETF | A | Dividend | J | T | Buy (add'l) | 06/23/17 | J | | |
| 149. Southwest Airlines | A | Dividend | K | T | | | | | |
| 150. SPDR Financial Sector ETF | A | Dividend | J | T | | | | | |
| 151. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 152. Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 153. Verizon Communications | A | Dividend | | | Sold | 06/23/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 155. First National Bank of LaGrange Account | A | Interest | K | T | | | | | |
| 156. CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 157. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 158. IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Susan E. Cox

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544